424 A.2d 493

COMMONWEALTH of Pennsylvania

v.

**Catherine McKNIGHT, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 17, 1980.

Decided Jan. 27, 1981.

Robert F. Pappano, Chester, for appellant.

Frank Hazel, Dist. Atty., David E. Fritchey, Chief, Appeals Unit, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Judgments of Sentence of the Court of Common Pleas of Delaware County are affirmed.